# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CliniComp International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Athenahealth, Inc.<br><br>Defendant. | CIVIL ACTION NO. 1:18-CV-00425-LY |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document was filed electronically in compliance with Local Rule CV-5(a) on July 31, 2020, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service; Local Rule CV-5(b)(1): Motion to Compel Depositions and For Leave to Supplement Expert Reports by CliniComp International, Inc. (including attachments) (assigned docket number 96).

The undersigned also hereby certifies that the following document was filed electronically in compliance with Local Rule CV-5.2(a) on July 31, 2020 and was served via electronic mail, sent on July 31, 2020, on all counsel who are deemed to have consented to electronic service; Local Rule CV-5.2(e): CliniComp International's Unopposed Motion To File Documents Under Seal (including attachments) (assigned docket number 97).

Dated: August 3, 2020　　　　　　　　　　　　　　　　　　/s/ *Amar L. Thakur*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amar L. Thakur

326651269.1

|  |  |
|---|---|
| DATED: August 3, 2020 | MANATT, PHELPS & PHILLIPS, LLP<br><br>By:  /s/ *Amar L. Thakur*<br>Amar L. Thakur (CA Bar No. 194025) (*Pro hac vice*)<br>athakur@manattphelps.com<br>Bruce Zisser (CA Bar No. 180607) (*Pro hac vice*)<br>bzisser@manattphelps.com<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Phone:  (310) 312-4000<br>Fax:  (310) 312-4224<br><br><br>GEORGE BROTHERS KINCAID & HORTON LLP<br>B. Russell Horton<br>Texas Bar No. 10014450<br>114 W. 7th Street, Ste. 1100<br>Austin, Texas 78701<br>Tel.: (512) 495-1400<br>Fax: (512) 499-0094<br>Email: rhorton@gbkh.com<br><br>*Attorneys for Plaintiff CliniComp International, Inc.* |

326651269.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 3, 2020, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1)

Dated: August 3, 2020 /s/ *Amar L. Thakur*
Amar L. Thakur

326651269.1