IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 DEC -1  PM 2: 43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY

| | |
|---|---|
| CLINICOMP INTERNATIONAL, INC.,  § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. A-18-CV-00425-LY |
| § | |
| ATHENAHEALTH, INC., § | |
| DEFENDANT. § | |
| § | |

**ORDER RESETTING FINAL PRETRIAL CONFERENCE
TO BE BY TELEPHONE CONFERENCE**

**IT IS HEREBY ORDERED** that this cause is **reset** for a **FINAL PRETRIAL CONFERENCE by telephone at 2:00 p.m. on December 18, 2020.** Counsel are to call the court's telephone conference line at (877) 873-8017; Access Code: 7996289. Accordingly, the parties' deadline for filing the initial round of final-pretrial matters is December 4, 2020.

SIGNED this ___1st___ day of December, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE